UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No.: 0:22-cv-60554-DPG

CLEAR SPRING PROPERTY AND
CASUALTY COMPANY,

    Plaintiff,

v.

BLUEWATER ADVENTURES OF
SARASOTA,

    Defendant.
_____/

## CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, CLEAR SPRING PROPERTY AND CASUALTY COMPANY ("Clear Spring"), pursuant to Fed. R. Civ. P. 7.1 and this Court's Order dated June 27, 2022 [DE 11], hereby files the following Certificate of Interested Parties and Corporate Disclosure Statement, as follows:

- No public corporation owns more than 10% of Clear Spring's stock.

Furthermore, Plaintiff certifies that the following is a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

1. Clear Spring Property and Casualty Company, Plaintiff
    a. Clear Spring is wholly owned by Clear Spring PC Holdings, LLC ("CSPCH").
       CSPCH is wholly owned by Delaware Life Insurance Company ("DLIC").

      DLIC is wholly owned by Group One Thousand One, LLC ("GOTO"). GOTO is majority-owned by Delaware Life Holdings Parent, LLC ("DLHP"). DLHP is wholly owned by Delaware Life Holdings Parent II, LLC ("DLHPII"). DLHPII is majority-owned by Delaware Life Partners, LLC, which is wholly owned by Mark R. Walter.

2. Charles S. Davant, Esq., counsel for Plaintiff
3. Sheri-Lynn Corey-Forte, Esq., counsel for Plaintiff
4. Davant Law, P.A., counsel for Plaintiff
5. Bluewater Adventures of Sarasota, Defendant
6. Jeffrey Wisdom, owner of Bluewater Adventures
7. R. Eric Bilik, Esq., counsel for Bluewater Adventures
8. Kimberly T. Mydock, Esq., counsel for Bluewater Adventures
9. Edwin E. Brooks, Esq., counsel for Bluewater Adventures
10. Joseph M. Englert, Esq., counsel for Bluewater Adventures
11. McGuire Woods LLP, counsel for Bluewater Adventures

Plaintiff will promptly amend this Certificate of Interested Parties and Corporate Disclosure Statement upon learning of the existence of any other interested parties.

Dated: July 18, 2022.

                                        Respectfully submitted,

                                        **DAVANT LAW, P.A.**
                                        *Attorneys for Clear Spring*
                                        12 Southeast 7th Street, Suite 601
                                        Fort Lauderdale, FL 33301
                                        Telephone: (954) 414-0400

                             By:  */s/ Charles S. Davant*
                                        Charles S. Davant
                                        Florida Bar No. 15178
                                        csd@davantlaw.com
                                        Sheri-Lynn Corey-Forte
                                        Florida Bar No. 118148
                                        scf@davantlaw.com