UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-cv-60554-DPG

**CLEAR SPRING PROPERTY AND
CASUALITY COMPANY,**

     Plaintiff,

v.

**BLUEWATER ADVENTURES OF SARASOTA,**

     Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Jared M. Strauss' Report and Recommendation (the "Report"), [ECF No. 58], regarding Defendant Bluewater Adventures of Sarasota's Motion to Dismiss (the "Motion"), [ECF No. 10]. The matter was referred to Magistrate Judge Strauss, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pre-trial, non-dispositive matters and a report and recommendation on all dispositive matters. [ECF No. 47]. On December 6, 2022, Judge Strauss issued his report recommending that Defendant's Motion be granted in part and denied in part. [ECF No. 58]. Plaintiff filed timely objections to the Report. [ECF No. 63]. For the reasons that follow, the Court affirms and adopts the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific

objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having conducted a *de novo* review of the record, including the Motion, the Report, and Plaintiff's objections, the Court agrees with Judge Strauss' well-reasoned analysis and conclusion that Defendant's Motion should be **GRANTED in part and DENIED in part**.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1) Magistrate Judge Strauss' Report and Recommendation, [ECF No. 58], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

(2) Defendant's Motion, [ECF No. 10], is **GRANTED** as to Count III.

(3) Defendant's Motion, [ECF No. 10], is **DENIED** as to Counts I, II, and IV.

(4) Count III of the Complaint, [ECF No. 1], is **DISMISSED without prejudice**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of December, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE